08-00453 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

v.                                          CIVIL NO: 550

Scarlett Johansson a/k/a Girl with a Pearl Earring,
Defendant

### Complaint

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves under 42 USC 1983. Defendant Scarlett offends me on the Timberlake video, what goes around comes around. She is liable for me in solitary confinement, solitary is unconstitutional, I seek $25 million

Respectfully
submitted
Jonathan Lee Riches©